NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3236

ELENA A. LOUCKS,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF315H090170-I-1.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

The Department of the Navy moves to reform the official caption to designate the Merit Systems Protection Board as the respondent and moves for an extension of time, until 21 days after the caption motion is decided, for the respondent to file its brief. Elena A. Loucks opposes.

Loucks filed an appeal alleging that the Navy improperly terminated her from her position as a health technician. The Board concluded that it did not have jurisdiction over Loucks' claim because she was a probationary employee and did not have appeal rights.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The deciding agency is designated as the respondent when the Board reaches the merits of

the underlying case. In this case, the Board dismissed the appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)     The motions are granted. The revised official caption is reflected above.

(2)     The Board's brief is due within 21 days of the filing of this order.

FOR THE COURT

OCT 0 1 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Elena A. Loucks
Lauren A. Weeman, Esq.
Dana DeLorenzo, Esq. (copy of petitioner's informal brief enclosed)

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 1 2009

JAN HORBALY
CLERK

2009-3236                                          2